IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DJUANNA FORSHA LITTLE,           )
                                 )
            Plaintiff,           )
                                 )
vs.                              )      Civil No.   17-cv-994-JPG-CJP
                                 )
COMMISSIONER of SOCIAL SECURITY, )
                                 )
            Defendant.           )
                                 )

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States

District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for

social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and

reconsideration of the evidence pursuant to sentence four of 42 U.S.C. § 405(g).

Judgment is entered in favor of plaintiff Djuanna Forsha Little and against defendant

Commissioner of Social Security.

**DATED:   May 9, 2018**

                              **JUSTINE FLANAGAN,**
                              **Acting Clerk of Court**

                              **BY:** **Tina Gray**
                                   **Deputy Clerk**

**Approved:**

s/ J. Phil Gilbert
**J. Phil Gilbert**
**U.S. District Judge**